UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 16-32756 |
| MARK STEPHAN ORSULAK, | Chapter: | 7 |
| | Judge: | MBK |

### NOTICE OF PROPOSED ABANDONMENT

_____Bunce D. Atkinson_____ , _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:   Clarkson S. Fisher US Courthouse
> 402 East State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Michael B. Kaplan_____
on ___February 13, 2017___ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no.
___8___ . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:  305 Saddle Court, Flemington, NJ 08822 ($181,000.00)

> Liens on property:
> Bank of America-PO Box 722929, Houston, TX 77272 ($230,240.74)
> Tax Collector-Township of Raritan-1 Municipal Drive, Flemington, NJ 08822 ($unknown)
> Stonegate Homeowners Association- c/o McGovern Legal Services, LLC-850 Route 1 North, PO Box 1111, New Brunswick, NJ 08903 ($7,425.96)

> Amount of equity claimed as exempt:  $0.00

Objections must be served on, and requests for additional information directed to:

Name:   Bunce D. Atkinson, Esq.

Address:   PO Box 8415, Red Bank, NJ 07701

Telephone No.: 732-530-5300

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-32756-MBK
Mark Stephan Orsulak                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Jan 17, 2017
                              Form ID: pdf905      Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2017.
db          +Mark Stephan Orsulak,    305 Saddle Court,    Flemington, NJ 08822-1881
cr           Stonegate Homeowners Association, Inc.,    c/o McGovern Legal Services, LLC,    PO Box 1111,
              New Brunswick, NJ  08903-1111
516523582   +Bank of America,    PO Box 722929,    Houston, TX 77272-2929
516523585    Family Physicans of Hunterdon,    c/o LCA Collections,    PO Box 2240,
              Burlington, NC 27216-2240
516523587    LCA Collections,    PO BOX 2240,    Burlington, NC 27216-2240
516523586    Labratory Corporation of America,    PO Box 2240,    Burlington, NC 27216-2240
516523588   +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516523589   +Office of Tax Collector,    Township of Raritan,    1 Municipal Drive,
              Flemington, NJ 08822-3446
516523590   +Raritan Township Municipal Utilities Aut,    365 Old York Road,    Flemington, NJ 08822-1932
516523592   +Silver Hill Hospital,    c/o Fein Such Kahn & Shepard, PC,    7 Centry Drive,    Suite 201,
              Montville, NJ 07045-9417
516523593   +Stonegate Homeowners Association,    c.o McGovern Legal Services LLC,    850 Route 1 North,
              PO Box 1111,    New Brunswick, NJ 08903-1111
516523594   +Us Dept Of Ed/glelsi,    2401 International Lane,    Madison, WI 53704-3121


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 17 2017 23:43:38     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 17 2017 23:43:36     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
516523579   +E-mail/Text: bkrpt@retrievalmasters.com Jan 17 2017 23:43:35     Amca,    2269 S Saw Mill,
              Elmsford, NY 10523-3832
516523580   +E-mail/Text: bkrpt@retrievalmasters.com Jan 17 2017 23:43:35
              American Medical Collection Agency,    2269 S. Saw Mill River Road, Bldg. 3,
              Elmsford, NY 10523-3848
516523581   +E-mail/Text: lshields@trafgroup.org Jan 17 2017 23:43:40     American Trading Company,
              c/o Lenox et. al.,    PO Box 6448,    Lawrence Township, NJ 08648-0448
516523591   +E-mail/Text: bkrpt@retrievalmasters.com Jan 17 2017 23:43:35     RMCB,    4 Westchester Plaza,
              Suite 110,    Elmsford, NY 10523-3835
                                                                                   TOTAL: 6


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516523583      Borough of Flemington Municiapl Sewer
516523584      Brooke Lerner
                                                                          TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2017                                    Signature:   /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2017 at the address(es) listed below:
        Bunce Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
          maraujo@atkinsondebartolo.org
        Bunce Atkinson    bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
        Kirsten B. Ennis    on behalf of Debtor Mark Stephan Orsulak pacerecf@ennislegal.com
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 4