UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  :  Case no.: __16-32756__
Mark Stephan Orsulak  :
 :  Chapter: __7__
 :
Debtor(s)  :  Judge: __Kaplan__
 :

# CERTIFICATION OF NO OBJECTION

I hereby certify that there have been no objections filed relative to the following Notice of :

☑ Abandonment

❏ Public Sale

❏ Private Sale

❏ Settlement of Controversy

❏ Auctioneer Compensation

Description of Property (if applicable):
305 Saddle Court, Flemington, NJ 08822.

Date: 2/7/2017                    JEANNE A. NAUGHTON, Clerk

*rev.1/4/17*