**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Mark Stephan Orsulak** | Social Security number or ITIN **xxx–xx–8491** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of New Jersey**

Case number:  **16–32756–MBK**

## Order of Discharge                                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mark Stephan Orsulak

3/3/17                                                                                    **By the court:**   Michael B. Kaplan
                                                                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:
Mark Stephan Orsulak
    Debtor

Case No. 16-32756-MBK
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Mar 03, 2017
                           Form ID: 318    Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2017.
```
db            +Mark Stephan Orsulak,    305 Saddle Court,    Flemington, NJ 08822-1881
cr             Stonegate Homeowners Association, Inc.,    c/o McGovern Legal Services, LLC,    PO Box 1111,
                 New Brunswick, NJ  08903-1111
516523582     +Bank of America,    PO Box 722929,    Houston, TX 77272-2929
516523585      Family Physicans of Hunterdon,    c/o LCA Collections,    PO Box 2240,
                 Burlington, NC 27216-2240
516523587      LCA Collections,    PO BOX 2240,    Burlington, NC 27216-2240
516523586      Labratory Corporation of America,    PO Box 2240,    Burlington, NC 27216-2240
516523588     +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516523589     +Office of Tax Collector,    Township of Raritan,    1 Municipal Drive,
                 Flemington, NJ 08822-3446
516523590     +Raritan Township Municipal Utilities Aut,    365 Old York Road,    Flemington, NJ 08822-1932
516523592     +Silver Hill Hospital,    c/o Fein Such Kahn & Shepard, PC,    7 Centry Drive,    Suite 201,
                 Montville, NJ 07045-9417
516523593     +Stonegate Homeowners Association,    c.o McGovern Legal Services LLC,    850 Route 1 North,
                 PO Box 1111,    New Brunswick, NJ 08903-1111
516523594     +Us Dept Of Ed/glelsi,    2401 International Lane,    Madison, WI 53704-3121
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 03 2017 22:39:17     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 03 2017 22:39:17     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516523579     +EDI: RMCB.COM Mar 03 2017 22:38:00     Amca,    2269 S Saw Mill,    Elmsford, NY 10523-3832
516523580     +EDI: RMCB.COM Mar 03 2017 22:38:00     American Medical Collection Agency,
                 2269 S. Saw Mill River Road, Bldg. 3,    Elmsford, NY 10523-3848
516523581     +E-mail/Text: lshields@trafgroup.org Mar 03 2017 22:39:20     American Trading Company,
                 c/o Lenox et. al.,    PO Box 6448,    Lawrence Township, NJ 08648-0448
516523591     +EDI: RMCB.COM Mar 03 2017 22:38:00     RMCB,    4 Westchester Plaza,    Suite 110,
                 Elmsford, NY 10523-3835
516654408     +EDI: RMSC.COM Mar 03 2017 22:33:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 7
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516523583      Borough of Flemington Municiapl Sewer
516523584      Brooke Lerner
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017                                                                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2017 at the address(es) listed below:
```
              Bunce Atkinson    on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com, NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org
              Bunce Atkinson     bunceatkinson@aol.com,    NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kirsten B. Ennis    on behalf of Debtor Mark Stephan Orsulak pacerecf@ennislegal.com
              Marlena S. Diaz-Cobo    on behalf of Creditor    Stonegate Homeowners Association, Inc.
               mdiaz-Cobo@theassociationlawyers.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```